UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:24-CR-51 |
| v. ) | |
| ) | JUDGE VARLAN |
| KASEY LYNN SKAGGS ) | |

## UNITED STATES SENTENCING MEMORANDUM

The United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby states that, apart from the information contained in the Presentence Investigation Report [Doc. 42], the United States has no additional information regarding the issue of sentencing. The United States submits that based on the information provided in the Presentence Investigative Report, together with the United States' motion for downward departure pursuant to 5K1.1 [Doc. 56], that a below guideline sentence is an appropriate sentence for this defendant. The defendant should receive a term of supervised release this Court deems reasonable. The defendant should be ordered to pay restitution, special assessments, and fines the Court believes is appropriate. Finally, the Court should order any and all standard and special conditions considered necessary.

The United States reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

Respectfully submitted this 2nd day of December 2025.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: s/ *Jennifer Kolman*
Jennifer Kolman, GA Bar #427930
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167